### Emil Gasch et al. v. C. L. Niehoff.

1. VERDICT—*Evidence Sustains the Finding.*—Where issues are joined on the allegations upon which a writ of attachment has been issued, and found for the defendant, the Appellate Court declines to interfere.

Memorandum.—Attachment. Appeal from the Circuit Court of Cook County; the Hon. FRANCIS ADAMS, Judge, presiding. Heard in this court at the March term, 1894, and affirmed. Opinion filed May 28, 1894.

The opinion states the case.

KRAFT & KRAFT and F. M. WILLIAMS, attorneys for appellants.

ALBERT H. MEADS, attorney for appellee.

Van Kirk v. Scott.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Issues were joined upon the allegations upon which the writ of attachment was issued, with the result that the jury found for the defendant.

We do not agree with appellants in their contention that the evidence was such that we ought to set aside the conclusion reached by the court and jury before whom the cause was tried.

No other ground for a reversal is urged. The judgment is therefore affirmed.